THOMPSON-WINCHESTER Co., INCORPORATED, Respondent, *v.* JAMES MAGEE, Appellant.

Submitted January 2, 1945; decided January 11, 1945.

*Harold Stern* for motion.

*Nathan Shapiro* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.